```
 1  FRANKLIN G. GUMPERT, #66051
    BARKETT, GUMPERT & REINER
 2  Attorneys at Law
    3620 American River Drive, Suite 215
 3  Sacramento, California  95864-5923
    Telephone:  (916) 481-3683
 4  Facsimile:  (916) 481-3948

 5  Attorneys for Defendants
    CITY OF PLACERVILLE and MANUEL CARDOZA
 6
```

FILED
SEP 2 7 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

LODGED
SEP 2 6 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN JOHNSON, | No. CIV-S-00-2701 GEB-DAD |
| Plaintiff, | STIPULATION FOR DISMISSAL (Rule 41(a)) AND ORDER |
| vs. | |
| CITY OF PLACERVILLE, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff JUSTIN JOHNSON, by and through his counsel, Ted Phillips, Defendants CITY OF PLACERVILLE and MANUEL CARDOZA, by and through their counsel of record, Franklin G. Gumpert of Barkett, Gumpert & Reiner, and Defendant COUNTY OF EL DORADO, by and through his counsel of record, Richard Caulfield of Caulfield, Davies & Donahue, that Defendant MANUEL CARDOZA shall be dismissed as a party defendant, with prejudice.

DATED: September 10, 2001    PHILLIPS, GREENBERG & HAUSER

By: _____
THEODORE W. PHILLIPS, #37236
Attorneys for Plaintiff
JUSTIN JOHNSON

16

1
STIPULATION FOR DISMISSAL (Rule 41(a)) AND ORDER

1  DATED: September 24, 2001    CAULFIELD, DAVIES & DONAHUE

2

3                              By: _____
                                   RICHARD H. CAULFIELD, #50258
4                                  Attorneys for Defendant
                                   COUNTY OF EL DORADO
5
   DATED: September 5, 2001     BARKETT, GUMPERT & REINER
6                               Attorneys at Law

7

8                              By: _____
                                   FRANKLIN G. GUMPERT, #66051
9                                  Attorneys for Defendants
                                   CITY OF PLACERVILLE and MANUAL
10                                 CARDOZA

11
                                  **ORDER**
12
         The Stipulation having been signed, Defendant MANUAL
13
   CARDOZA is dismissed, with prejudice.
14
   DATED: 9/27/01
15
                                   _____
16                                 UNITED STATES DISTRICT JUDGE

17

STIPULATION FOR DISMISSAL (Rule 41(a)) AND ORDER

<u>Johnson v. Placerville, et al.</u>
USDC, Eastern Dist. of Cal. No. CIV-S-00-2701 GEB DAD

**PROOF OF SERVICE**

I am employed in the County of Sacramento, California. I am over the age of eighteen years and not a party of the within entitled case. My business address is 3620 American River Drive, Suite 215, Sacramento, CA 95864.

On September 25, 2001, I served the attached

**STIPULATION FOR DISMISSAL (RULE 41(a)) AND ORDER**

on the interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for collection by the United States Postal Service, addressed as stated herein

Theodore W. Phillips
PHILLIPS, GREENBERG & HAUSER
3080 Cedar Ravine Road
Placerville, CA 95667

Richard H. Caulfield
CAULFIELD, DAVIES & DONAHUE
3500 American River Drive, 1st Floor
Sacramento, CA 95864

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2001, at Sacramento, California.

*/s/ Kimberly Siegfried*
KIMBERLY SIEGFRIED

```
                                                              lm
```

United States District Court
for the
Eastern District of California
September 27, 2001

* * CERTIFICATE OF SERVICE * *

2:00-cv-02701

Johnson

   v.

Placerville City

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on September 27, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Franklin George Gumpert             SF/GEB
    Barkett Gumpert and Reiner
    3620 American River Drive
    Suite 215
    Sacramento, CA  95864-5923

    Richard Hyland Caulfield
    Caulfield Davies and Donahue
    3500 American River Drive
    First Floor
    Sacramento, CA  95864

    Todd Allen Schaffer
    Caulfield Davies and Donahue
    3500 American River Drive
    First Floor
    Sacramento, CA  95864

    Theodore W Phillips
    Phillips Greenberg and Hauser
    3080 Cedar Ravine Road
    Placerville, CA  95667

Jack L. Wagner, Clerk

*L. Mena-Sanchez*
by: Deputy Clerk